Charles E. Zellers, Senior
VADOC # 1036758
Buckingham Correctional Center ("BKCC")
P.O. Box 430
Dillwyn, VA. 23936


RECEIVED
MAR - 1 2021
CLERK U.S. DISTRICT COURT
RICHMOND, VA.

Sunday, Feb. 21, 2021

Dear Clerk:

Greetings, I hope that this letter for assistance finds you healthy and Covid-19 free. As you can see, I'm a prisoner at Buckingham Correctional Center in Dillwyn Virginia. Please tell me which Court has the authority to try my case. My claim arose here at this institution and I have another claim against two doctors at VCU Hospital in Richmond. Do I have to put this on a new 1983 Complaint or should I add them to my 1983 Complaint against Virginia Dept. of Corrections officials and officers here at BKCC? Please send me the Local Rules of your Court, the Statute of Limitations, all forms needed to file a Section 1983, Summons, In Forma Pauperis forms, forms of Appointment of Counsel, Federal Rules of Civil Procedure and any other forms, information

1

rules, etc. such as format of materials/documents filed in your court.
Please send me a list and everything (documents) filed in Brooke Whitley, et al., v. Ralph S. Northam, et al., Civil No. 3:20cv255 (DJN) - all Plaintiff and Defendant documents and the filings in Va. Sup. Ct. Case No. 200551. I would also like a copy of their Settlement agreement.
    Thank you in advance for your time efforts and concerns.

                                        Respectfully requested,

                                        Charles E. Zellers, Sr.

P.S. I contracted the COVID-19 virus from a BKCC officer and almost died during my two month stay in ICU. I've lost my essential worker housing status, job from Virginia Correctional Enterprises (VCE) where I've been employed since 10/2006. In addition, I have seven new scars, severe nerve damage and pulmonary fibrosis which don't have a cure and could take my life at any time. I was almost the 5th prisoner here who died of the COVID-19 virus. If there are any prisoners in Virginia's District Courts suing VADOC for injuries from COVID-19 please share their info or have their attorneys contact me. Thanks
            -2-

RICHMOND VA 230
25 FEB 2021 PM 2 L

Charles E. Zellers, Senior
VADOC No. 1036758
Buckingham Corr. Center
P.O. Box 430
Dillwyn, VA 23936

MAILED
FEB 25 2021
Buckingham Correctional Center
Mailroom

"Legal Letter"

United States District Court
For the Eastern District of Virginia
Attn. Clerk of Court
701 East Broad Street, Suite 3600
Richmond, VA 23219-3528

23219-352899

"Legal Letter"

The VA Dept. of Corrections has neither censored or inspected this item and assumes no responsibility for its contents.